**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JONATHAN WILLIAMS, <br><br><br> Plaintiff, <br><br> v. <br><br> PRESIDENT BARACK OBAMA, <br><br> Defendant. | Civil Action No. 11-cv-1033 (RLW) |

**<u>MEMORANDUM OPINION</u>**

This matter comes before the Court on review of the plaintiff's *pro se* civil complaint and amended complaint. The Court will dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

The Court acknowledges that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. See <u>Haines v. Kerner</u>, 404 U.S. 519, 520 (1972). However, even *pro se* litigants must comply with the Federal Rules of Civil Procedure. <u>Jarrell v. Tisch</u>, 656 F.Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed.R.Civ.P. 8(a). This minimum standard ensures that defendants receive fair notice of the claim being asserted so they may prepare a responsive answer and adequate defense, and assess whether the doctrine of *res judicata* applies. <u>Brown v. Califano</u>, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff filed his 62-page original complaint on June 3, 2011. Less than a week later, Plaintiff filed an amended complaint adding an additional twenty-six pages, but it is no more comprehensible than his first complaint. Both complaints are so vague, disorganized, confusing, and wholly incomprehensible that they utterly fail to "give the defendant fair notice of what the plaintiff's claim is and the grounds upon which it rests." Conley v. Gibson, 355 U.S. 41, 47-48, 78 S.Ct. 99, 2 L.Ed.2d 80 (1957). The complaints do not establish the nature or basis of plaintiff's claims, the relief plaintiff demands, or the basis of the Court's jurisdiction. For these reasons, the complaint will be dismissed without prejudice for its failure to comply with the requirements of Rule 8(a). A separate Order of dismissal accompanies this Memorandum Opinion.

SO ORDERED.

Date: June 16, 2011

_____/s/_____
Robert L. Wilkins
United States District Judge